# THE GOVERNMENT'S EXHIBIT LIST

UNITED STATES OF AMERICA
vs.
MOHAMMED ZEIDAN
3:24-CR-139

| Exhibit No. | Description of Object or Item | Document Dated | Identified In Court | Date Admitted | Witness Admitted |
|---|---|---|---|---|---|
| Series 1 | **Schuylkill Haven Attempted Robbery** | | | | |
| 1-1 | Schuylkill Haven Map | | 9-2-25 | 9-2-25 | Ballard, |
| 1-2 | 220 East Union Street | | | | Ballard |
| 1-3 | 220 East Union Street Alt View | | | | Ballard |
| 1-4 | 2220 East Union Back Entrance_Outside | | | | Ballard |
| 1-5 | 220 East Union Back Entrance_Inside | | | | Ballard |
| 1-6 | 220 East Union Kitchen | | | | Ballard |
| 1-7 | 220 East Union Kitchen Alt View | | | | Ballard |
| 1-8 | 220 East Union Front Hallway | | | | Ballard |
| 1-9 | 220 East Union Living Room | | | | Ballard |
| 1-10 | 220 East Union Living Room Alt. View | | 9-2-25 | 9-2-25 | Ballard |
| 1-11 | Map_General Area | | | | |
| 1-12 | Cressona and Schuylill Haven | | | | |
| 1-13 | S Sillyman Street_Front | | 9-3-25 | 9-3-25 | Mckinney, Batista |
| 1-14 | S Sillyman Street_Rear | | 9-3-25 | 9-3-25 | Mckinney, Batista |

| Exhibit No. | Description of Object or Item | Document Dated | Identified In Court | Date Admitted | Witness Admitted |
|---|---|---|---|---|---|
| Series 2 | **Police Reports** | | | | |
| 2-1 | Schuylkill Haven Incident Report – Report #20200829M1693 | | | | |
| 2-2 | PSP # 2021-31845 | | | | |
| 2-3 | PSP # 2020-1190021 | | | | |
| 2-4 | Trooper Rittenbaugh MVR *(Audio/Video Evidence)* | | | | |
| 2-5 | Trooper Rittenbaugh MVR *(Audio/Video Evidence)* | | | | |
| 2-6 | NJ conviction police reports | | | | |
| | | | | | |
| Series 3 | **Search Warrant** | | | | |
| 3-1 | Lasalle Consent Form | | 9-3-25 | 9-3-25 | McKinney |
| 3-2 | Wong Phone Warrant | | 9-3-25 | 9-3-25 | McKinney |
| 3-3 | Trailer Search Warrant | | 9-3-25 | 9-3-25 | Rittenbaugh |
| 3-4 | Trailer Search Warrant Return | | 9-3-25 | 9-3-25 | Rittenbaugh |
| 3-5 | Cell Site Data Alarick Batista 8.28.20 & 8.29.20 | | | | |
| 3-6 | Cell Site Data Solomon & Joushton Rodriguez 8.28.20 & 8.29.20 | | | | |
| | | | | | |
| | | | | | |
| Series 4 | **Firearms** | | | | |
| 4-1 | ATF Trace Report | | | | |
| 4-2 | Schuylkill Gun Works ATF Paperwork | | 9-3-25 | 9-3-25 | McKinney |
| 4-3 | Photographs from 1.8.21 Traffic Stop | | 9-3-25 | 9-3-25 | Rittenbaugh |
| 4-4 | Photographs from 1.8.21 Traffic Stop | | | | |
| 4-5 | Photographs from 1.8.21 Traffic Stop | | 9-3-25 | 9-3-25 | Rittenbaugh |

| Exhibit No. | Description of Object or Item | Document Dated | Identified In Court | Date Admitted | Witness Admitted |
|---|---|---|---|---|---|
| 4-6 | Photographs from 1.8.21 Traffic Stop | | 9-3-25 | 9-3-25 | Rittenbaugh |
| 4-7 | Photographs from 1.8.21 Traffic Stop | | | | |
| 4-8 | Photographs from 1.8.21 Traffic Stop | | | | |
| 4-9 | Photographs from 1.8.21 Traffic Stop | | | | |
| 4-10 | Photographs from 1.8.21 Traffic Stop | | | | |
| 4-11 | Photographs from 1.8.21 Traffic Stop | | | | |
| 4-12 | Photographs from 1.8.21 Traffic Stop | | | | |
| 4-13 | Photographs from 1.8.21 Traffic Stop | | | | |
| 4-14 | Photographs from 1.8.21 Traffic Stop | | | | |
| 4-15 | Photographs from 1.8.21 Traffic Stop | | | | |
| 4-16 | Photographs from 1.8.21 Traffic Stop | | | | |
| 4-17 | Photographs from 1.8.21 Traffic Stop | | | | |
| 4-18 | Photographs from 1.8.21 Traffic Stop | | | | |
| 4-19 | Photographs from 1.8.21 Traffic Stop | | | | |
| 4-20 | Photographs from 1.8.21 Traffic Stop | | | | |
| 4-21 | Photographs from 1.8.21 Traffic Stop | | | | |
| 4-22 | Photographs from 1.8.21 Traffic Stop | | | | |
| 4-23 | Photographs from 1.8.21 Traffic Stop | | | | |
| 4-24 | Photographs from 1.8.21 Traffic Stop | | | | |
| 4-25 | Photographs from 1.8.21 Traffic Stop | | | | |
| 4-26 | Photographs from 1.8.21 Traffic Stop | | | | |
| 4-27 | Photographs from 1.8.21 Traffic Stop | | | | |
| 4-28 | Photographs from 1.8.21 Traffic Stop | | 9-3-25 | 9-3-25 | Rittenbaugh |

| Exhibit No. | Description of Object or Item | Document Dated | Identified In Court | Date Admitted | Witness Admitted |
|---|---|---|---|---|---|
| 4-29 | Photographs from 1.8.21 Traffic Stop | | 9-3-25 | 9-3-25 | Rittenbaugh |
| 4-30 | Photographs from 1.8.21 Traffic Stop | | | | |
| 4-31 | Photographs from 1.8.21 Traffic Stop | | | | |
| 4-32 | Photographs from 1.8.21 Traffic Stop | | 9-3-25 | 9-3-25 | Rittenbaugh |
| 4-33 | Firearm – AR-15 300 Blackout *(Physical Evidence)* | | 9-3-25 | 9-3-25 | Batista, Casalle |
| 4-34 | Glock G-30 .45 Pistol, S/N BNNV340 *(Physical Evidence)* | | 9-3-25 | 9-3-25 | Rittenbaugh |
| 4-35 | Glock 19, 9mm S/N BCC086 *(Physical Evidence)* | | 9-3-25 | 9-3-25 | Rittenbaugh |
| 4-36 | Duffle Bag *(Physical Evidence)* | | 9-3-25 | | |
| 4-37 | 30 Round Magazine *(Physical Evidence)* | | 9-3-25 | | Rittenbaugh |
| 4-38 | 30 round 9mm Magazine *(Physical Evidence)* | | 9-3-25 | 9-3-25 | Rittenbaugh |
| 4-39 | 10 Round Glock .45 Magazine *(Physical Evidence)* | | 9-3-25 | 9-3-25 | Rittenbaugh |
| 4-40 | 15 Round Glock 9mm Magazine *(Physical Evidence)* | | 9-3-25 | 9-3-25 | Rittenbaugh |
| 4-41 | Black Ski Mask *(Physical Evidence)* | | 9-3-25 | 9-3-25 | Rittenbaugh |
| 4-42 | Springfield, model Hellcat, 9mm pistol, SN BY217966 *(Physical Evidence)* | | | | |
| 4-43 | S&W, M&P 9, 9mm pistol, SN JAZ9017 *(Physical Evidence)* | | | | |
| | | | | | |
| Series 5 | **Wong Cellphone** | | | | |
| 5-1 | Cellular Phone *(Physical Evidence)* | | 9-3-25 | 9-3-25 | Graham |
| 5-2 | Full Extraction *(Physical Evidence)* | | 9-3-25 | 9-3-25 | Graham |
| 5-3 | Call Log 8.28-8.31 2020 | | | | |
| 5-4 | Contact Alarick Batista | | 9-3-25 | 9-3-25 | McKinney |
| 5-5 | Contact Bam Bam | | 9-3-25 | 9-3-25 | McKinney |

| Exhibit No. | Description of Object or Item | Document Dated | Identified In Court | Date Admitted | Witness Admitted |
|---|---|---|---|---|---|
| 5-6 | Contact Cheo | | 9-3-25 | 9-3-25 | McKinney |
| 5-7 | Contact E | | 9-3-25 | 9-3-25 | McKinney |
| 5-8 | Contact Solo Pak | | 9-3-25 | 9-3-25 | McKinney |
| 5-9 | IR Vest | | | | |
| 5-10 | Wong 1 percent patch | | | | |
| 5-11 | Wong 1 percent patch and jewelry | | | | |
| 5-12 | Conspirators on Deck | | 9-3-25 | 9-3-25 | McKinney Lasalle |
| 5-13 | IR Group Photo Inside | | 9-3-25 | 9-3-25 | McKinney |
| 5-14 | IR Group Photo | | | | |
| 5-15 | IR Group Phone List | | 9-3-25 | 9-3-25 | McKinney |
| 5-16 | Lasalle Message with Face 2 | | | | |
| 5-17 | Batista | | | | |
| 5-18 | 1432_IR Group Photo Outside | | | | |
| 5-18a | Extraction Report for 5-18 | | | | |
| 5-19 | 1453_IR Group Photo | | | | |
| 5-19a | Extraction Report For 5-19a | | | | |
| 5-20 | 784 Solomon Rodriguez In Blue Minivan In Front Of Kings Palace (Physical) | | 9-3-25 | 9-3-25 | McKinney |
| 5-20a | Extraction Report for 5-20 | | | | |
| 5-21 | 1964_Zeidan in Backyard (Physical) | | 9-3-25 | 9-3-25 | McKinney |
| 5-21a | Extraction Report for 5-21 | | 9-3-25 | 9-3-25 | McKinney |
| 5-22 | Chat Alarick Batista | | | | |
| 5-23 | Chat Solo Rodriguez | | | | |
| 5-24 | Motorcycles on Porch | | | | |

| Exhibit No. | Description of Object or Item | Document Dated | Identified In Court | Date Admitted | Witness Admitted |
|---|---|---|---|---|---|
| 5-25 | August 28 Timeline_Wong | | | | |
| 5-26 | August 29 Timeline_Wong | | | | |
| 5-27 | Wong Phone Photos Report | | 9-3-25 | 9-3-25 | McKinney |
| 5-28 | Chat_Solo Rodriguez | | | | |
| 5-29 | Lookup for 484-633-8635 | | 9-3-25 | 9-3-25 | McKinney |
| | | | | | |
| Series 6 | **ERIC LASALLE PHONE** | | | | |
| 6-1 | Phone Extraction *(Physical Evidence)* | | 9-3-25 | 9-3-25 | Graham, Lasalle |
| 6-2 | BamBam Heatleakers Contact | | 9-3-25 | 9-3-25 | McKinney, Lasalle |
| 6-3 | Mo Mo Contact | | 9-3-25 | 9-3-25 | McKinney, Lasalle |
| 6-4 | Mo Work Chat | | 9-3-25 | 9-3-25 | McKinney, Lasalle |
| 6-5 | Mo Work Photo of Zeidan | | 9-3-25 | 9-3-25 | McKinney, Lasalle |
| 6-6 | Mo Work Chat Unemployment Application | | 9-3-25 | 9-3-25 | McKinney, Lasalle |
| 6-7 | Mo Mo Chat | | 9-3-25 | 9-3-25 | McKinney, Lasalle |
| 6-8 | Mo Mo Photos Lasalle with AR-15 | | 9-3-25 | 9-3-25 | McKinney, Lasalle |
| 6-9 | Mo Mo Photos Zeidan Phone in Jeep door | | 9-3-25 | 9-3-25 | McKinney, Batista |
| 6-10 | Bam Bam Heatleakers Chat | | | | |
| 6-11 | Alarick Chat | | | | |
| 6-12 | Solo Rodriguez Chat | | | | |
| 6-13 | Lasalle Photos Report | | 9-3-25 | 9-3-25 | McKinney |
| 6-14 | Joushton From Bam Bam Heatleakers Profile Pic | | | | |
| 6-15 | 5005 12 Joushton with Harley on Wongs Deck | | | | |
| 6-16 | 5005 Zeidan Phone in Batista Jeep Door | | | | |

| Exhibit No. | Description of Object or Item | Document Dated | Identified In Court | Date Admitted | Witness Admitted |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| Series 7 | **ATF REPORTS** |  |  |  |  |
| 7-1 | ATF ROI 1-58 |  |  |  |  |
| 7-2 | Graham DMCS Qualification Statement |  | 9-3-25 | 9-3-25 | Graham |
|  |  |  |  |  |  |
| Series 8 | **RECORDED STATEMENTS** |  |  |  |  |
| 8-1 | Zeidan Confession | (physical) | 9-3-25 | 9-3-25 | McKinney |
| 8-2 | Schuylkill Haven Victims Interview 2.25.21 |  |  |  |  |
| 8-3 | Ross Ballard Interview |  |  |  |  |
| 8-4 | Batista Interview 1 |  |  |  |  |
| 8-5 | Batista Interview 2 |  |  |  |  |
| 8-6 | Lasalle Interview 1 |  |  |  |  |
| 8-7 | Lasalle Interview 2 |  |  |  |  |
| 8-8 | Lasalle Interview 3 |  |  |  |  |
| 8-9 | Lasalle Interview 4 |  |  |  |  |
|  |  |  |  |  |  |
| Series 9 | **COURT DOCUMENTS** |  |  |  |  |
| 9-1 | Indictment |  |  |  |  |
| 9-2 | Lasalle Guilty Plea Entered |  |  |  |  |
| 9-3 | Lasalle Plea Agreement |  | 9-3-25 | 9-3-25 | Lasalle |
| 9-4 | Lasalle Addendum |  | 9-3-25 | 9-3-25 | Lasalle |
| 9-5 | Batista Guilty Plea |  |  |  |  |
| 9-6 | Batista Plea Agreement |  | 9-3-25 | 9-3-25 | Batista |

7

| Exhibit No. | Description of Object or Item | Document Dated | Identified In Court | Date Admitted | Witness Admitted |
|---|---|---|---|---|---|
| 9-7 | Batista Addendum | | 9-3-25 | 9-3-25 | Batista |
| 9-8 | Certified Conviction_Zeidan | | | | |
| Series 10 | **MISCELLANEOUS PHOTOGRAPHS** | | | | |
| 10-1 | Steven Wong | | 9-3-25 | 9-3-25 | McKinney |
| 10-2 | Solomon Rodriguez | | 9-3-25 | 9-3-25 | McKinney |
| 10-3 | Joushton Rodriguez | | 9-3-25 | 9-3-25 | McKinney, Rittenbaugh |
| 10-4 | Eric Lasalle | | 9-3-25 | 9-3-25 | McKinney |
| 10-5 | Alarick Batista | | 9-3-25 | 9-3-25 | McKinney |
| Series 11 | **Lackawanna County Jail** | | | | |
| 11-1 | Inmate Zeidan Tablet Conversations | | | | |