IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : 3:24-CR-139 |
| | : (JUDGE MARIANI) |
| MOHAMMED ZEIDAN, | : |
| | : |
| Defendant. | : |

**VERDICT FORM**

## COUNT 1

### Conspiracy to Interfere with Commerce by Robbery

On the charge of Conspiracy to Commit Interference with Commerce by Robbery, as charged in Count 1 of the Indictment, in violation of 18 U.S.C. § 1951, the jury unanimously finds, beyond a reasonable doubt, the defendant **MOHAMMED ZEIDAN** (*check one*):

       __X__ GUILTY

       _____ NOT GUILTY

*Please proceed to Count 2.*

## COUNT 2

### Attempted Interference with Commerce by Robbery

On the charge of Attempted Interference with Commerce by Robbery, as charged in Count 2 of the Indictment, in violation of 18 U.S.C. § 1951, 18 U.S.C. § 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946), the jury unanimously finds, beyond a reasonable doubt, the defendant **MOHAMMED ZEIDAN** (*check one*):

       __X__ GUILTY

       _____ NOT GUILTY

*Please proceed to Count 6.*

## COUNT 6

### Firearms Conspiracy

On the charge of Firearms Conspiracy, as charged in Count 6 of the Indictment, in violation of 18 U.S.C. § 924(o), the jury unanimously finds, beyond a reasonable doubt, the defendant **MOHAMMED ZEIDAN** (*check one*):

       __X__ GUILTY

       _____ NOT GUILTY

The foregoing is the unanimous verdict of the jury in the above-captioned case of

**UNITED STATES OF AMERICA v. MOHAMMED ZEIDAN.**

Your deliberations are at an end. The Foreperson should sign and date the verdict slip and return it to the Courtroom Deputy.

**THE FOREPERSON MUST SIGN AND DATE THIS VERDICT FORM.**

Date: _September 5_, 2025

[signature redacted]
Foreperson